No. 55403.—Charles A. Andres et al. *v.* United States, protests 162810–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

No. 55404.—Barnet Bros. Leather Co., Inc., et al. *v.* United States, protests 165955–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

BEFORE THE SECOND DIVISION, MARCH 29, 1951

No. 55405.—Geo. S. Bush & Co., Inc. *v.* United States, protests 921584–G and 546920–G (Seattle).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338), the claim at 20 percent under paragraph 1558 was sustained.

No. 55406.—John Heathcoat & Co., Inc. *v.* United States, protests 131184–K and 133707–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of silk nettings the same in all material respects as those the classification of which was involved in *John Heathcoat & Co., Inc.* v. *United States* (24 Cust. Ct. 145, C. D. 1223), the claim of the plaintiff was sustained.